FILED: 10/15/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Mary Louise Beckner*, | CASE NO. CV 12-3379-GHK (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *ReconTrust Company, N.A.* | |
| Defendant. | |

Pursuant to the Court's October 15, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Mary Louise Beckner's ("Plaintiff") claims against Defendant ReconTrust Company, N.A. ("Defendant") are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

IT IS SO ORDERED.

DATED: October 15, 2012

_____
GEORGE H. KING
Chief United States District Judge